1  BENJAMIN B. WAGNER
   United States Attorney
2  JOSH F. SIGAL
   Special Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                       EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,        | CASE NO. 2:15-CR-0034 TLN
12 |                       Plaintiff, | STIPULATION REGARDING EXCLUDABLE
   |                                  | TIME PERIODS UNDER SPEEDY TRIAL ACT;
13 |             v.                   | FINDINGS AND ORDER
14 | DAVID LEE TIPTON,                | DATE: March 5, 2015
   |                                  | TIME: 9:30 a.m.
15 |                       Defendant. | COURT: Hon. Troy L. Nunley

16

17                            **STIPULATION**

18     Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19 through defendant's counsel of record, hereby stipulate as follows:

20     1.   By previous order, this matter was set for status on March 5, 2015.

21     2.   By this stipulation, the parties now move to continue the status conference until March

22 26, 2015, and to exclude time between March 5, 2015, and March 26, 2015, under Local Code T4.

23     3.   The parties agree and stipulate, and request that the Court find the following:

24          a)   The government has represented that the discovery associated with this case

25    includes approximately 53 pages of documents, including investigative reports. All of this

26    discovery has been either produced directly to counsel and/or made available for inspection and

27    copying.

28          b)   Counsel for defendant desires additional time to consult with his client, conduct

STIPULATION REGARDING EXCLUDABLE TIME          1
PERIODS UNDER SPEEDY TRIAL ACT

investigation and research, review discovery, and to discuss potential resolutions with his client. These resolutions involve ongoing discussions with the government related to the defendant's criminal history.

      c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 5, 2015 to March 26, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: March 2, 2015  BENJAMIN B. WAGNER
United States Attorney

/s/ *JOSH F. SIGAL*
JOSH F. SIGAL
Assistant United States Attorney

Dated: March 2, 2015  /s/ *JOSH F. SIGAL* for
SEAN RIORDAN
Counsel for Defendant
DAVID LEE TIPTON

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

1
2
3         **FINDINGS AND ORDER**
4     IT IS SO FOUND AND ORDERED this 2nd day of March, 2015.
5
6
7                                        _____
8                                        Troy L. Nunley
                                         United States District Judge
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28