HEATHER E. WILLIAMS, #122664
Federal Defender
SEAN RIORDAN, #255752
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
sean_riordan@fd.org

Attorney for Defendant
DAVID LEE TIPTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:15-cr-00034 TLN |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND EXCLUDE TIME |
| vs. | |
| DAVID LEE TIPTON, | Date: March 26, 2015 |
| | Time: 9:30 a.m. |
| Defendant. | Judge: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney, through, Assistant United States Attorney Josh Sigal, attorney for Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defender Sean Riordan, attorney for David Lee Tipton, that the status conference scheduled for March 26, 2015 be continued to April 16, 2015 at 9:30 a.m.

On March 17, 2015, counsel for the United States disclosed to the Defendant information related to the search of the Defendant's residence. The continuance is needed to allow defense counsel time to evaluate that information. In addition, the parties have discussed resolution of the case and intend to continue those discussions prior to the date of the continued status conference.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including April 16, 2015;  pursuant to 18 U.S.C. §3161

(h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

DATED: March 24, 2015        Respectfully submitted,
                                        HEATHER E. WILLIAMS
                                        Federal Defender

                                        */s/ Sean Riordan*
                                        SEAN RIORDAN
                                        Assistant Federal Defender
                                        Attorney for David Lee Tipton

DATED: March 24, 2015        BENJAMIN B. WAGNER
                                        United States Attorney

                                          */s/ Sean Riordan for*
                                        JOSH SIGAL
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff

## <u>ORDER</u>

     IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

     The Court orders the time from the date the parties stipulated, up to and including April 16, 2015, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further ordered** the March 24, 2015 status conference shall be continued to April 16, 2015, at 9:30 a.m.

Dated:  March 24, 2015

                                        Troy L. Nunley
                                        United States District Judge