HEATHER E. WILLIAMS, #122664
Federal Defender
SEAN RIORDAN, #255752
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
sean_riordan@fd.org

Attorney for Defendant
DAVID LEE TIPTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  2:15-cr-00034 TLN |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND EXCLUDE TIME |
| vs. | ) ) | |
| DAVID LEE TIPTON, | ) ) | Date: April 16, 2015 Time: 9:30 a.m. |
| Defendant. | ) ) ) | Judge: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney, through, Assistant United States Attorney Josh Sigal, attorney for Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defender Sean Riordan, attorney for David Lee Tipton, that the status conference scheduled for April 16, 2015 be continued to May 7, 2015 at 9:30 a.m.

The grounds for the continuance are that Defense counsel would like additional time to consider a plea offer that was extended by the government.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including May 7, 2015;  pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

DATED: April 14, 2015          Respectfully submitted,
                               HEATHER E. WILLIAMS
                               Federal Defender

                               */s/ Sean Riordan*
                               SEAN RIORDAN
                               Assistant Federal Defender
                               Attorney for David Lee Tipton

DATED: April 14, 2015          BENJAMIN B. WAGNER
                               United States Attorney

                               */s/ Sean Riordan for*
                               JOSH SIGAL
                               Assistant U.S. Attorney
                               Attorney for Plaintiff

## **ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including May 7, 2015, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further ordered** the April 16, 2015 status conference shall be continued to May 7, 2015, at 9:30 a.m.

Dated:  April 14, 2015

_____
Troy L. Nunley
United States District Judge